No. 99–1263. MASSACHUSETTS ET AL. *v.* AMERICAN TRUCKING ASSNS., INC., ET AL.; and

No. 99–1265. AMERICAN LUNG ASSN. *v.* AMERICAN TRUCKING ASSNS., INC., ET AL. C. A. D. C. Cir. The Court affirmed in part and reversed in part the judgment below in *Whitman* v. *American Trucking Assns., Inc.*, 531 U. S. 457 (2001). Therefore, certiorari granted, and cases remanded for further proceedings. Reported below: 175 F. 3d 1027 and 195 F. 3d 4.

No. 00–6808. VALENSIA *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey*, 530 U. S. 466 (2000).

No. 00–7796. ATRAQCHI ET UX. *v.* DARUI. C. A. D. C. Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00–7963. STONE *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein.